# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
FAITH B CADE § Case No. 12-19262
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/11/2012 . The undersigned trustee was appointed on 05/11/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    18,237.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 528.24 |
   | Bank service fees | 349.45 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]        $    17,359.31

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/15/2016 and the deadline for filing governmental claims was 11/20/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,440.69 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,440.69 , for a total compensation of $ 2,440.69 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/20/2016        By: /s/Frances Gecker
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-19262 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | FAITH B CADE | | | | Date Filed (f) or Converted (c): | 05/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2012 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 11/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1047 NORTH CALIFORNIA, CHICAGO, ILLINOIS 60622 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. 8136 SOUTH DANTE, CHICAGO, ILLINIOS 60619 | 95,000.00 | 0.00 | | 0.00 | FA |
| 3. 2940-2942 WEST AUGUSTA, CHICAGO, ILLINOIS 60622 (6 | 475,000.00 | 18,237.00 | | 18,237.00 | FA |
| 4. CASH ON HAND | 20.00 | 20.00 | | 0.00 | FA |
| 5. CHECKING WITH WELLS FARGO | 100.00 | 0.00 | | 0.00 | FA |
| 6. SAVINGS WITH WELLS FARGO | 230.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING WITH WELLS FARGO | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. MISC. CLOTHING, FURS AND JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 10. CASH VALUE INSURANCE POLICY WITH LINCOLN INSURANCE | 50.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) | 40,000.00 | 0.00 | | 0.00 | FA |
| 12. 100% OWNERSHIP INTERST IN BMC REALTY, INC. | 0.00 | 1.00 | | 0.00 | FA |
| 13. ANTICIPATED 2011 TAX REFUND | 700.00 | 0.00 | | 0.00 | FA |
| 14. 2011 TOYOTA RAV-4 (10,000 MILES) | 12,000.00 | 0.00 | | 0.00 | FA |
| 15. VARIOUS OFFICE EQUIPMENT: LAPTOP, PHONE, FAX MACHI | 700.00 | 0.00 | | 0.00 | FA |
| 16. REAL PROPERTY - 845 S. HARVEY AVE., OAK PARK, IL (u) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $875,950.00 | $18,258.00 | | $18,237.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

TRUSTEE'S ACCOUNTANT IS PREPARING TAX RETURNS.

Exhibit A

Initial Projected Date of Final Report (TFR): 08/15/2013     Current Projected Date of Final Report (TFR): 12/20/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-19262 | | | Trustee Name: | Frances Gecker |
| Case Name: | FAITH B CADE | | | Bank Name: | Associated Bank |
| | | | | Account Number/CD#: | XXXXXX2044 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX3445 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2016 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/15 | 3 | ANDREW CADE [None] | Sale Proceeds | 1110-000 | $11,000.00 | | $11,000.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,990.00 |
| 08/28/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $11,490.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.43 | $11,473.57 |
| 10/02/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $11,973.57 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.51 | $11,957.06 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.75 | $11,939.31 |
| 11/12/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $12,439.31 |
| 11/23/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $12,939.31 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $12,921.49 |
| 12/28/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $13,421.49 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.31 | $13,402.18 |
| 02/02/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $13,902.18 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.93 | $13,882.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $14,000.00     $117.75

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-19262 | Trustee Name: | Frances Gecker |
| Case Name: FAITH B CADE | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2044 |
| | | Checking |
| Taxpayer ID No: XX-XXX3445 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 Reversal<br>Wrong amount of check - will reissue in correct amount. | 2300-000 | | ($8.81) | $13,891.06 |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $8.81 | $13,882.25 |
| 02/15/16 | 5002 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $42.24 | $13,840.01 |
| 03/01/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $14,340.01 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.26 | $14,320.75 |
| 04/04/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $14,820.75 |
| 04/04/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $15,320.75 |
| 04/04/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds Reversal<br>I hit copy transaction by mistake rather than print transaction. | 1110-000 | ($500.00) | | $14,820.75 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $14,799.46 |
| 05/04/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $15,299.46 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.22 | $15,278.24 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.64 | $15,255.60 |
| 06/13/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $15,755.60 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:         $2,000.00     $126.65

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-19262 | Trustee Name: | Frances Gecker | |
| Case Name: | FAITH B CADE | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2044 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3445 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 12/20/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $16,255.60 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.38 | $16,233.22 |
| 08/02/16 | 3 | WELLS FARGO BANK NA<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139 | REFUND FROM SALE OF HOME FROM TITLE CO. | 1110-000 | $500.00 | | $16,733.22 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.04 | $16,709.18 |
| 09/02/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $17,209.18 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.82 | $17,184.36 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.70 | $17,159.66 |
| 10/18/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $17,659.66 |
| 10/18/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $237.00 | | $17,896.66 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.01 | $17,870.65 |
| 11/09/16 | 5003 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19053<br>SPRINGFIELD, IL  62794-9053 | FEIN 37-6583445; 2015 IL-1041 | 2820-000 | | $486.00 | $17,384.65 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.34 | $17,359.31 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $18,237.00 | $877.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*           Page Subtotals:           $2,237.00           $633.29

**Page:** 4

|  | | |
|---|---:|---:|
| Subtotal | $18,237.00 | $877.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,237.00 | $877.69 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2044 - Checking | $18,237.00 | $877.69 | $17,359.31 |
|  | $18,237.00 | $877.69 | $17,359.31 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $18,237.00 |
| Total Gross Receipts: | $18,237.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-19262-CAD  
Debtor Name: FAITH B CADE  
Claims Bar Date: 11/15/2016  
Date: December 20, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | First and Final Fee application - Fees. | $0.00 | $1,351.90 | $1,351.90 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | First and Final Fee application - Expenses. | $0.00 | $22.70 | $22.70 |
| 100 3110 | FRANKGECKER LLP 325 N. LASALLE STREET SUITE 625 CHICAGO, ILLINOIS 60654 | Administrative | First and Final Fee application - Fees. | $0.00 | $12,155.50 | $12,155.50 |
| 100 3120 | FRANKGECKER LLP 325 N. LASALLE STREET SUITE 625 CHICAGO, ILLINOIS 60654 | Administrative | First and Final Fee Application | $0.00 | $58.38 | $58.38 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $2,440.69 | $2,440.69 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | Administrative | ILLINOIS STATE TAX RETURNS 2015 | $0.00 | $486.00 | $486.00 |
| | Case Totals | | | $0.00 | $16,515.17 | $16,515.17 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1    Printed: December 20, 2016

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-19262
Case Name: FAITH B CADE
Trustee Name: Frances Gecker

Balance on hand $ 17,359.31

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,440.69 | $ 0.00 | $ 2,440.69 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 12,155.50 | $ 0.00 | $ 12,155.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 58.38 | $ 0.00 | $ 58.38 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P.C. | $ 1,351.90 | $ 0.00 | $ 1,351.90 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P.C. | $ 22.70 | $ 0.00 | $ 22.70 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 486.00 | $ 486.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 16,029.17
Remaining Balance $ 1,330.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

NONE

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,330.14 .