UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FAITH B CADE | § | Case No. 12-19262 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 357,020.00                    Assets Exempt: 43,930.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00          Claims Discharged
                                                 Without Payment:  1,061,235.93

Total Expenses of Administration:  16,906.86

3) Total gross receipts of $ 18,241.07  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,334.21  (see **Exhibit 2**), yielded net receipts of $ 16,906.86  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 986,460.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,906.86 | 16,906.86 | 16,906.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,775.93 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,061,235.93 | $ 16,906.86 | $ 16,906.86 | $ 16,906.86 |

4) This case was originally filed under chapter 7 on  05/11/2012 . The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/01/2017            By:/s/Frances Gecker

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT


## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2940-2942 WEST AUGUSTA, CHICAGO, ILLINOIS 60622 (6 | 1110-000 | 18,237.00 |
| Illinois Department of Revenue Tax Refund | 1224-000 | 4.07 |
| TOTAL GROSS RECEIPTS | | $ 18,241.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CADE, FAITH B | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,330.14 |
| FAITH B CADE | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 0.00 |
| CLERK OF THE U. S. BANKRUPTCY COURT | Non-Estate Funds Paid to Third Parties | 8500-002 | 4.07 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 1,334.21 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 515351 Los Angeles, CA 90051 | | 404,600.00 | NA | NA | 0.00 |
| | Chase PO Box 9001253 Louisville, KY 40290-1123 | | 193,000.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 856177 Louisville, KY 40285-6177 | | 371,000.00 | NA | NA | 0.00 |
| | Toyota Finance PO Box 991817 Mobile, AL 36691 | | 17,860.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 986,460.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 2,440.69 | 2,440.69 | 2,440.69 |
| ADAMS-LEVINE | 2300-000 | NA | 42.24 | 42.24 | 42.24 |
| Associated Bank | 2600-000 | NA | 349.45 | 349.45 | 349.45 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 486.00 | 486.00 | 486.00 |
| FRANKGECKER LLP | 3110-000 | NA | 12,155.50 | 12,155.50 | 12,155.50 |
| FRANKGECKER LLP | 3120-000 | NA | 58.38 | 58.38 | 58.38 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P.C. | 3410-000 | NA | 1,351.90 | 1,351.90 | 1,351.90 |
| ALAN D. LASKO & ASSOCIATES P.C. | 3420-000 | NA | 22.70 | 22.70 | 22.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,906.86 | $ 16,906.86 | $ 16,906.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Midwest c/o CBCS PO Box 163250 Columbus, OH 43216 | | 144.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285 | | 4,500.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | 6,288.00 | NA | NA | 0.00 |
| | Chase P.O. Box 33035 Louisville, KY 40232 | | 16,299.00 | NA | NA | 0.00 |
| | Chase P.O. Box 9001020 Louisville, KY 40290-1020 | | 40,870.00 | NA | NA | 0.00 |
| | Chase PO 9001253 Louisville, KY 40290 | | 0.00 | NA | NA | 0.00 |
| | Chicago Lakeshore Medical Dept. 4373 Carol Stream, IL 60122-4373 | | 82.00 | NA | NA | 0.00 |
| | Chicago Women's Health Group 211 East Chicago Avenue #1200 Chicago, IL 60611 | | 1,842.00 | NA | NA | 0.00 |
| | City of Chicago 121 North Lasalle St. Suite 700 Chicago, IL 60602 | | 640.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | 525.00 | NA | NA | 0.00 |
| | Northwestern Medical Facility Found PO box 75494 Chicago, IL 60675-5494 | | 758.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital P.O. 73690 Chicago, IL 60673 | | 2,827.93 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 74,775.93 | $ 0.00 | $ 0.00 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-19262 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|

Case Name: FAITH B CADE

For Period Ending: 05/01/2017

Date Filed (f) or Converted (c): 05/11/2012 (f)
341(a) Meeting Date: 06/12/2012
Claims Bar Date: 11/15/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1047 NORTH CALIFORNIA, CHICAGO, ILLINOIS 60622 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. 8136 SOUTH DANTE, CHICAGO, ILLINIOS 60619 | 95,000.00 | 0.00 | | 0.00 | FA |
| 3. 2940-2942 WEST AUGUSTA, CHICAGO, ILLINOIS 60622 (6 | 475,000.00 | 18,237.00 | | 18,237.00 | FA |
| 4. CASH ON HAND | 20.00 | 20.00 | | 0.00 | FA |
| 5. CHECKING WITH WELLS FARGO | 100.00 | 0.00 | | 0.00 | FA |
| 6. SAVINGS WITH WELLS FARGO | 230.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING WITH WELLS FARGO | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. MISC. CLOTHING, FURS AND JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 10. CASH VALUE INSURANCE POLICY WITH LINCOLN INSURANCE | 50.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) | 40,000.00 | 0.00 | | 0.00 | FA |
| 12. 100% OWNERSHIP INTERST IN BMC REALTY, INC. | 0.00 | 1.00 | | 0.00 | FA |
| 13. ANTICIPATED 2011 TAX REFUND | 700.00 | 0.00 | | 0.00 | FA |
| 14. 2011 TOYOTA RAV-4 (10,000 MILES) | 12,000.00 | 0.00 | | 0.00 | FA |
| 15. VARIOUS OFFICE EQUIPMENT: LAPTOP, PHONE, FAX MACHI | 700.00 | 0.00 | | 0.00 | FA |
| 16. REAL PROPERTY - 845 S. HARVEY AVE., OAK PARK, IL (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. Illinois Department of Revenue Tax Refund (u) | 0.00 | 4.07 | | 4.07 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $875,950.00    $18,262.07    $18,241.07    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISTRIBUTION HAS BEEN MADE AND THE TRUSTEE IS WAITING FOR ALL CHECKS TO CLEAR.

Exhibit 8

Initial Projected Date of Final Report (TFR): 08/15/2013          Current Projected Date of Final Report (TFR): 12/20/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-19262 | Trustee Name: Frances Gecker | |
| Case Name: FAITH B CADE | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX2044 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3445 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/15 | 3 | ANDREW CADE [None] | Sale Proceeds | 1110-000 | $11,000.00 | | $11,000.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,990.00 |
| 08/28/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $11,490.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.43 | $11,473.57 |
| 10/02/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $11,973.57 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.51 | $11,957.06 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.75 | $11,939.31 |
| 11/12/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $12,439.31 |
| 11/23/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $12,939.31 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $12,921.49 |
| 12/28/15 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $13,421.49 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.31 | $13,402.18 |
| 02/02/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $13,902.18 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.93 | $13,882.25 |

| | | Page Subtotals: | | | $14,000.00 | $117.75 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-19262 | Trustee Name: Frances Gecker |
| Case Name: FAITH B CADE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2044 |
| | Checking |
| Taxpayer ID No: XX-XXX3445 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 Reversal Wrong amount of check - will reissue in correct amount. | 2300-000 | | ($8.81) | $13,891.06 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $8.81 | $13,882.25 |
| 02/15/16 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $42.24 | $13,840.01 |
| 03/01/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $14,340.01 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.26 | $14,320.75 |
| 04/04/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $14,820.75 |
| 04/04/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $15,320.75 |
| 04/04/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds Reversal I hit copy transaction by mistake rather than print transaction. | 1110-000 | ($500.00) | | $14,820.75 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $14,799.46 |
| 05/04/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $15,299.46 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.22 | $15,278.24 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.64 | $15,255.60 |
| 06/13/16 | 3 | Faith Cade Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $15,755.60 |

| | | |
|---|---|---|
| Page Subtotals: | $2,000.00 | $126.65 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-19262 | | | Trustee Name: Frances Gecker | | | |
| Case Name: FAITH B CADE | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX2044 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX3445 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 05/01/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $16,255.60 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.38 | $16,233.22 |
| 08/02/16 | 3 | WELLS FARGO BANK NA<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139 | REFUND FROM SALE OF HOME FROM TITLE CO. | 1110-000 | $500.00 | | $16,733.22 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.04 | $16,709.18 |
| 09/02/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $17,209.18 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.82 | $17,184.36 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.70 | $17,159.66 |
| 10/18/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $500.00 | | $17,659.66 |
| 10/18/16 | 3 | Faith Cade<br>Wells Fargo Bank | Sale Proceeds | 1110-000 | $237.00 | | $17,896.66 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.01 | $17,870.65 |
| 11/09/16 | 5003 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19053<br>SPRINGFIELD, IL  62794-9053 | FEIN 37-6583445; 2015 IL-1041 | 2820-000 | | $486.00 | $17,384.65 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.34 | $17,359.31 |
| 02/16/17 | 5004 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,440.69 | $14,918.62 |
| | | | Page Subtotals: | | $2,237.00 | $3,073.98 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 12-19262 | Trustee Name: Frances Gecker |
| --- | --- |
| Case Name: FAITH B CADE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2044 |
| | Checking |
| Taxpayer ID No: XX-XXX3445 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/17 | 5005 | FRANKGECKER LLP<br>325 N. LASALLE STREET<br>SUITE 625<br>CHICAGO, ILLINOIS 60654 | Distribution | | | $12,213.88 | $2,704.74 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($12,155.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($58.38) | 3120-000 | | | |
| 02/16/17 | 5006 | ALAN D. LASKO & ASSOCIATES P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois  60606 | Distribution | | | $1,374.60 | $1,330.14 |
| | | ALAN D. LASKO & ASSOCIATES P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,351.90) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P.C. | Final distribution representing a payment of 100.00 % per court order. ($22.70) | 3420-000 | | | |
| 02/16/17 | 5007 | FAITH B CADE<br>2020 North California, #7<br>Chicago, IL  60647 | Distribution of surplus funds to debtor.<br>Stopped payment - Debtor has not cashed as of 3/28/17 (verified w/Bank).  Locator on Westlaw says Debtor moved to Hawaii.  Will send new check Certified Mail. | 8200-002 | | $1,330.14 | $0.00 |
| 02/21/17 | 17 | Illinois Dept. of Revenue | TAX REFUND | 1224-000 | $4.07 | | $4.07 |
| 03/01/17 | 5008 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS  60604 | Unclaimed Funds turned over to the Court | 8500-002 | | $4.07 | $0.00 |

| | | Page Subtotals: | | | $4.07 | $14,922.69 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Case 12-19262   Doc 62   Filed 06/23/17   Entered 06/23/17 15:44:48   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 14 of 15

Exhibit 9

Case No: 12-19262

Case Name: FAITH B CADE

Taxpayer ID No: XX-XXX3445

For Period Ending: 05/01/2017

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: XXXXXX2044

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/17 | 5007 | FAITH B CADE<br>2020 North California, #7<br>Chicago, IL  60647 | Distribution of surplus funds to debtor. Reversal<br>Stopped payment - Debtor has not cashed as of 3/28/17 (verified w/Bank).  Locator on Westlaw says Debtor moved to Hawaii.  Will send new check Certified Mail. | 8200-002 | | ($1,330.14) | $1,330.14 |
| 03/28/17 | 5009 | CADE, FAITH B<br>PO Box 321<br>Kahului, Hiawaii  96733-6821 | Reissued Check - Back to Debtor Funds | 8200-002 | | $1,330.14 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $18,241.07 | $18,241.07 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $18,241.07 | $18,241.07 |
| Less: Payments to Debtors | | $0.00 | $1,330.14 |
| Net | | $18,241.07 | $16,910.93 |

Page Subtotals:                                   $0.00          $0.00

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2044 - Checking | $18,241.07 | $16,910.93 | $0.00 |
| | $18,241.07 | $16,910.93 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,241.07 |
| Total Gross Receipts: | $18,241.07 |

Page Subtotals:                                          $0.00                $0.00